UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:03-CR-441-RLH-LRL |
| vs. ) | |
| ERIC IGBINOBA ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#147) on March 16, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: INFISTAR CORPORATION
Amount of Restitution: $50,706.93

Name of Payee: DISCOVER CARD
Amount of Restitution: $17,523.95

**Total Amount of Restitution ordered:** $68,230.88\*\*
\*\*Joint and Several with co-defendants

Dated this _23_ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE